**Order entered May 13, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00217-CV

**TRU EXPLORATION, LLC, TRU EXPLORATION "CREATING TRU PARTNERS", LLC, TRENT TRUBENBACH AND DONNA BURTON, Appellants**

**V.**

**ENERGY EXPLORATION I, LLC AND ENERGY EXPLORATION II, LLC, Appellees**

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-00031-2015**

## ORDER

We **GRANT** appellants' May 6, 2015 unopposed first motion to extend time to file response to appellee's letter stating the appeal has become moot because the parties have decided to arbitrate the claims and **DEEM** timely the response filed May 12, 2015.

/s/    CRAIG STODDART
           JUSTICE